1050

[No. 40505-5-I.    Division One.    July 13, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. QUILLA JOEL LOFTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-06598-2, Linda Lau, J., entered March 31, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 40513-6-I.    Division One.    July 13, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. CLIFFORD E. BLAKEMORE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-01586-1, Linda Lau, J., entered March 24, 1997. *Affirmed* by unpublished per curiam opinion.

[Nos. 40527-6-I; 41135-7-I.    Division One.    July 13, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHAN MARK, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. SARAH STAR WIRKUS, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 96-8-06501-5, Michael Hayden, J., entered October 24, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 40667-1-I.    Division One.    July 13, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDY BURNS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-06853-9, Charles V. Johnson, J., entered May 7, 1997. *Reversed* by unpublished per curiam opinion.